**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAWN L. WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:20-cv-208** |
| | ) | |
| **ROBIN NYBERG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM ORDER

In this civil action, Plaintiff Shawn L. Williams, a former inmate at SCI-Albion, sued prison librarian Robin Nyberg, among others, for alleged civil rights violations arising out of the conditions of his confinement. At this juncture, Plaintiff's sole remaining claim is against Nyberg for alleged violations of his First Amendment rights. Nyberg has filed a motion for summary judgment, ECF No. 198, which remains pending before the Court. In her motion, Nyberg contends that she is entitled to qualified immunity as a matter of law.

The motion was referred to United States Magistrate Judge Richard A. Lanzillo for a Report and Recommendation ("R&R") in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rule 72 of the Local Civil Rules of this Court. On November 6, 2026, Judge Lanzillo issued an R&R in which he recommended that Nyberg's motion be denied, due to the existence of genuine issues of material fact concerning whether Nyberg violated William's First Amendment rights. Judge Lanzillo also determined that relevant caselaw would have placed Nyberg on notice that her alleged misconduct violated Plaintiff's constitutional rights, precluding summary judgment on the basis of qualified immunity.

Nyberg's objections to the R&R were due on or before November 20, 2026. To date, no objections have been filed.

Accordingly, after *de novo* review of the operative pleading and documents in the case, including Defendant's motion for summary judgment and all filings related thereto, along with the Magistrate Judge's Report and Recommendation, the following order is entered:

NOW, this 23rd day of November 2026,

IT IS ORDERED that Defendant's motion for summary judgment, ECF No. [198], shall be, and hereby is, DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation of U.S. Magistrate Judge Lanzillo, entered November 6, 2026, ECF No. [210], is adopted as the opinion of the Court.

The Court will establish a date for a telephonic status conference in a separate Order, to be issued in due course.

Susan Paradise Baxter
United States District Judge